UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE FARRELL,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC.; et al. and DOES 1 - 40,<br><br>　　　　　　　　　Defendants. | Case No. 2:19-cv-01402-TLN-AC<br><br>**ORDER RE JOINT APPLICATION AND STIPULATION FOR ORDER MODIFYING PRETRIAL SCHEDULING ORDER**<br><br>Judge: Hon. Troy L. Nunley |

Good cause appearing, the parties' joint application and stipulation for an order modifying the pretrial scheduling order is GRANTED, with the following revised dates:

| | New Date |
|---|---|
| Non-Expert Discovery Cut-off: | June 18, 2020 |
| Filing/service of experts with reports: | August 17, 2020 |
| Supplemental expert disclosures: | September 16, 2020 |

**IT IS SO ORDERED.**

Dated: February 3, 2020

_____
Troy L. Nunley
United States District Judge