UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STEPHANIE FARRELL,

                    Plaintiff,

vs.

HOME DEPOT U.S.A., INC.; et al. and DOES 1 - 40,

                    Defendants.

Case No. 2:19-cv-01402-TLN-AC

**ORDER RE JOINT APPLICATION AND STIPULATION FOR ORDER MODIFYING PRETRIAL SCHEDULING ORDER DUE TO CORONAVIRUS**

Judge: Hon. Troy L. Nunley

Good cause appearing, the parties' joint application and stipulation for an order modifying the pretrial scheduling order is GRANTED, with the following revised dates:

|  | New Date |
|---|---|
| Non-Expert Discovery Cut-off: | October 16, 2020 |
| Filing/service of experts with reports: | December 15, 2020 |
| Supplemental expert disclosures: | January 14, 2021 |

**IT IS SO ORDERED.**

Dated: March 16, 2020

_____
Troy L. Nunley
United States District Judge

Goodman Neuman Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA 94104
Tel.: (415) 705-0400