UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE FARRELL,<br><br>                               Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC.; et al. and DOES 1 - 40,<br><br>                             Defendants. | Case No. 2:19-cv-01402-TLN-AC<br><br>**ORDER RE JOINT APPLICATION AND STIPULATION FOR ORDER MODIFYING PRETRIAL SCHEDULING ORDER DUE TO CORONAVIRUS**<br><br>Judge:  Hon. Troy L. Nunley |

Good cause appearing, the parties' joint application and stipulation for an order modifying the pretrial scheduling order is GRANTED, with the following revised dates:

|  | New Date |
|---|---|
| Non-Expert Discovery Cut-off: | December 20, 2021 |
| Filing/service of experts with reports: | February 18, 2022 |
| Supplemental expert disclosures: | March 14, 2022 |

**IT IS SO ORDERED.**

Dated: September 7, 2021

_____
Troy L. Nunley
United States District Judge

Goodman
Neuman
Hamilton LLP
One Post Street
Suite 2100
San Francisco, CA
94104
Tel.: (415) 705-0400

-1-

**ORDER RE JOINT APPLICATION FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER DUE TO CORONAVIRUS – Case No. 2:19-cv-01402-TLN-AC**